REGINA J. McCLENDON (State Bar No. 184669)
HAROLD R. JONES (State Bar No. 209266)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
FORD MOTOR CREDIT COMPANY, dba
Jaguar Credit, incorrectly sued herein as
Ford Motor Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELD HANSSON,<br><br>        Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY AND ROBERT MITCHELL,<br><br>        Defendants. | Case No.: C 06-1257 MJJ<br><br>**STIPULATION RE COUNTERCLAIM**<br><br>AND ORDER. |

    WHEREAS, plaintiff Keld Hansson ("Hansson") has filed a complaint asserting violations of the Fair Debt Collection Practices Act 15 U.S.C. § 1692 et seq., in this matter;

    WHEREAS, Ford Motor Credit Company, dba Jaguar Credit ("Ford Credit"), incorrectly sued herein as Ford Motor Company, believes it has valid claims against Hansson for breach of contract and claim and delivery of personal property;

    WHEREAS, Hansson and Ford Credit disagree as to whether Ford Credit's claims may be properly filed as a counterclaim in this action;

    IT IS AGREED AND STIPULATED that Ford Credit need not file its counterclaims against Hansson at the time of its response to the complaint in the matter.

    IT IS FURTHER AGREED AND STIPULATED that Ford Credit's claims against Hansson need not be brought as a counterclaim at this time, that they will be preserved and not

waived, and that Ford Credit may assert its claims against Hansson in an appropriate forum at a future date.

DATED: April 27, 2006

SEVERSON & WERSON
A Professional Corporation

By: _____
      Harold R. Jones

Attorneys for Defendant
FORD MOTOR CREDIT COMPANY, dba Jaguar Credit, incorrectly sued herein as Ford Motor Company

DATED: April 24, 2006

HYDE & SWIGART

By: _____
      Joshua B. Swigart

Attorneys for Plaintiff
KELD HANSSON

5/2/2006

*IT IS SO ORDERED*
*[signed] Judge Martin J. Jenkins*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA