E-filing

**FILED**

JUN 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| KELD HANSSON,<br><br>    PLAINTIFF,<br><br>v.<br><br>FORD MOTOR COMPANY AND ROBERT MITCHELL,<br><br>    DEFENDANTS. | CASE NO.: C 06 1257 MJJ<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER |

**WHEREAS:**

1. Pursuant to the stipulation above and for good cause shown, Plaintiff may file a First Amended Complaint

IT IS SO ORDERED

Dated: 6/22/06    _____

U.S. DISTRICT JUDGE