REGINA J. McCLENDON (State Bar No. 184669)
HAROLD R. JONES (State Bar No. 209266)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
FORD MOTOR CREDIT COMPANY, dba
Jaguar Credit

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELD HANSSON,<br><br>        Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, STEALTH AUTO RECOVERY, INC. AND ROBERT MITCHELL,<br><br>        Defendants. | Case No.: C 06-1257 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CONDUCTING MEDIATION |

## STIPULATION

WHEREAS, on May 15, 2006, the Court entered a Stipulation and Order selecting mediation as the ADR process in this matter and directing the parties to complete mediation by August 14, 2006;

WHEREAS, on June 22, 2006, the Court issued an Order granting plaintiff Keld Hansson's ("Hansson") stipulated motion to file a First Amended Complaint ("FAC") in the matter.

WHEREAS, on June 27, 2006 Hansson filed a FAC identifying Stealth Auto Recovery, Inc. ("Stealth") as a defendant in this matter for the first time;

08888/1552/590215.1

Case No.: C 06-1257 MJJ

WHEREAS, Hansson is currently attempting to serve the FAC upon Stealth, however, service is not yet complete. Accordingly, Stealth has not yet appeared in this matter.

WHEREAS, Stealth is an indispensable party to any mediation in this matter.

Accordingly, Ford Credit and Hansson jointly request that the Court extend the deadline to conduct the mediation in this matter by sixty days to October 13, 2006 to permit Stealth to appear in this matter and to participate in the mediation.

IT IS SO STIPULATED,

DATED: July 18, 2006

SEVERSON & WERSON
A Professional Corporation

By: _____
Harold R. Jones

Attorneys for Defendant
FORD MOTOR CREDIT COMPANY, dba Jaguar Credit

DATED: July __, 2006

HYDE & SWIGART

By: _____
Joshua B. Swigart

Attorneys for Plaintiff
Keld Hansson

Pursuant to the parties' stipulated request to extend the deadline for conducting mediation in this matter, and for good cause shown, the deadline for the parties to conduct mediation in this matter is extended by 60 days to October 13, 2006.

IT IS SO ORDERED,

DATED: July 20, 2006

By: _____
Martin J. Jenkins
United States District Judge

- 2 -

08888/1532/590215.1

Case No.: C 06-1257 MJJ