E-filing

**FILED**

SEP 11 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELD HANSSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>FORD MOTOR CREDIT COMPANY,<br>STEALTH AUTO RECOVERY, INC., AND<br>ROBERT MITCHELL,<br><br>          Defendants. | Case No.: C 06-1257 MJJ<br><br>[~~PROPOSED~~] ORDER GRANTING<br>FORD MOTOR CREDIT COMPANY'S<br>REQUEST TO BE EXCUSED FROM<br>ATTENDANCE AT MEDIATION |

Upon request of defendant Ford Motor Credit Company ("Ford Credit"), and good cause appearing,

IT IS HEREBY ORDERED that Ford Credit's request to be excused from personal attendance at the Mediation in this matter is granted on condition that a personal representative of Ford Credit be available to participate by telephone for the entirety of the session.

IT IS SO ORDERED.

Dated: 9-11, 2006

_____
Hon. Wayne D. Brazil
United States District Court Magistrate Judge

08888/1552/596738.1