1  REGINA J. McCLENDON (State Bar No. 184669)
   HAROLD R. JONES (State Bar No. 209266)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendant
6  FORD MOTOR CREDIT COMPANY, dba
   Jaguar Credit
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  KELD HANSSON,                          Case No.: C 06-1257 MJJ

13           Plaintiff,

14      vs.                                 **OPPOSITION TO APPLICATION FOR
                                            ADMISSION OF ATTORNEY PRO
15  FORD MOTOR CREDIT COMPANY,              HAC VICE**
    STEALTH AUTO RECOVERY, INC., AND
16  ROBERT MITCHELL,

17           Defendants.

18

19       Defendant Ford Motor Credit Company dba Jaguar Credit, incorrectly sued herein as Ford

20  Motor Company ("Ford Credit"), opposes the application for admission pro hac vice submitted by

21  Peter F. Barry, a member of the Minnesota State Bar, on October 5, 2006.

22       Civil Local Rule 11-3(b) provides that "an applicant is not eligible for permission to

23  practice pro hac vice if the applicant…is regularly engaged in the practice of law in the State of

24  California." Similarly, Rule 983 of the California Rules of Court sets forth almost identical

25  requirements for admission pro hac vice in California state courts. A person is ineligible to

26  appear as counsel pro hac vice if he is regularly employed in the State of California or if he is

27  regularly engaged in substantial business, professional, or other activities in the State of

28

1  California. Absent special circumstances, repeated appearances by any person pursuant to Rule
2  983 are caused for denial of an application.
3      Peter Barry is regularly engaged in the practice of law in the State of California. Mr.
4  Barry has been admitted pro hac vice in three cases in the last two years of which Ford Credit is
5  aware: *Cruz v. Cruz, et al.,* United States District Court, Northern District of California, Case No.
6  5:04-cv-01167-JW; *Maradiaga v. Calvary Portfolio,* United States District Court, Southern
7  District of California, Case No. 3:04-cv-01765-WQH-JFS; and *Canada v. Client Services Inc.,*
8  United States District Court, Northern District of California, Case No. 3:05-cv-02199-PJH.
9  Request for Judicial Notice, Exhibits A-C.
10     Further, because older federal court cases may not appear on Pacer, it is possible that Mr.
11 Barry has been admitted pro hac vice in cases besides those identified above. Similarly, because
12 of the impossibility of conducting a computer-assisted search by attorney name of California
13 Superior Court records, it is not known how many times Mr. Barry has been admitted pro hac
14 vice in California state court.
15     Admission pro hac vice is intended to be temporary and limited in character, and it is not
16 intended to be requested by a practitioner on a regular basis. *In Re Reza*, 138 B.R. 190, 191
17 (Bkrty. S. Dist. Ohio 1992). Given that Mr. Barry has appeared pro hac vice in at least three
18 cases in California, his current application for admission pro hac vice is in excess of the
19 "temporary and limited" admission permitted. Mr. Barry is regularly employed in California and
20 regularly engaged in professional activities in California and therefore does not qualify for
21 admission pro hac vice under this Court's Local Rule or the State of California's similar rule.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Accordingly, Ford Credit requests that Mr. Barry's application for admission pro hac vice be denied.

DATED: October 9, 2006

SEVERSON & WERSON
A Professional Corporation

By: /s/ Regina J. McClendon
      Regina J. McClendon

Attorneys for Defendant
FORD MOTOR CREDIT COMPANY, dba Jaguar Credit, incorrectly sued herein as Ford Motor Company