Clear Form

**UNITED STATES DISTRICT COURT**

Northern District of California

KELD HANNSON,

                Plaintiff(s),

v.

FORD MOTOR CREDIT COMPANY, STEALTH AUTO RECOVERY, INC., AND ROBERT MITCHELL,

                Defendant(s).

**CASE NO.** C 06-1257 MJJ

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

PETER F. BARRY, an active member in good standing of the bar of MINNESOTA whose business address and telephone number (particular court to which applicant is admitted) is

BARRY & SLADE, LLC.
2021 East Hennepin Ave., Ste. 105, Minneapolis, MN 55413.
(651) 714-8800,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing KELD HANSSON.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg 10/10/2006

_____
United States Magistrate Judge