Clear Form

# UNITED STATES DISTRICT COURT
## Northern District of California

KELD HANNSON,

CASE NO. C 06-1257 MJJ

Plaintiff(s),

v.

FORD MOTOR CREDIT COMPANY,
STEALTH AUTO RECOVERY, INC.,
AND ROBERT MITCHELL,

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Defendant(s).
_____/

PETER F. BARRY, an active member in good standing of the bar of MINNESOTA whose business address and telephone number (particular court to which applicant is admitted) is

BARRY & SLADE, LLC.
2021 East Hennepin Ave., Ste. 105, Minneapolis, MN 55413.
(651) 714-8800
,
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing KELD HANSSON.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg 10/10/2006

_____
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**