1  Robert L. Hyde (SBN: 227183)
   bob@westcoastlitigation.com
2  Joshua B. Swigart (SBN: 225557)
   josh@westcoastlitigation.com
3  **HYDE & SWIGART**
   411 Camino del Rio South, Ste. 301
4  San Diego, CA 92108
   Telephone: (619) 233-7770
5  Facsimile:  (619) 297-1022

6  Peter F. Barry, Esq., 0266555 (Minnesota – Admitted Pro Hac Vice)
   **Barry & Slade, LLC**
7  2021 E. Hennepin Ave, #195
   Minneapolis, MN 55413
8  Telephone: (612) 379-8800
   Facsimile: (612) 379-8810
9  pbarry@lawpoint.com

10 **Attorneys for Plaintiff**
   **Keld Hansson**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELD HANSSON,** | **CASE NO.: C 06-1257 MJJ** |
| **PLAINTIFF,** | |
| V. | [~~PROPOSED~~] **ORDER** |
| **FORD MOTOR CREDIT, STEALTH REVOVERY SERVICES, INC., AND ROBERT MITCHELL,** | HON. MARTIN J. JENKINS |
| **DEFENDANTS.** | |

Plaintiff's Motion for Leave to File A Second Amended Complaint was heard on January 9, 2007. All parties appeared through their respective counsel. The Court, having considered all moving papers, the pleadings on file, and argument presented at the time of the hearing, makes the following findings and ruling:

1. Plaintiff's motion for leave to file Second Amended Complaint is GRANTED;

2. Defendants shall have until January 25, 2007 to file a responsive pleading;

1  3. The Motion for Summary Judgment by Defendant Ford Motor Credit
2     Company d/b/a Jaguar Credit remains on calendar for February 13, 2007 at
3     9:30 a.m.
4  IT IS SO ORDERED.
5
6  Dated: 1/22/2007
          HON. MARTIN J. JENKINS
7         U.S. DISTRICT COURT JUDGE