**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELD HANSSON, | No. C06-1257 MJJ |
| Plaintiff (s), | **ORDER OF REFERENCE OF DISCOVERY MOTION** |
| v. | |
| FORD MOTOR COMPANY, et al., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the plaintiff's "Motion to Compel Deposition" in the above captioned case is referred to a Magistrate Judge, appointed at random.

Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge. THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR **June 12, 2007** @ **9:30 a.m.** IS HEREBY **VACATED**.

**IT IS SO ORDERED.**

Dated: 5/7/2007

MARTIN J. JENKINS
United States District Judge