**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELD HANSSON,

        Plaintiff (s),

  v.

FORD MOTOR COMPANY, et al.,

        Defendant(s).
                                        /

No. C06-1257 MJJ

**ORDER OF REFERENCE OF ALL DISCOVERY MOTIONS**

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that ALL FUTURE DISCOVERY MOTIONS ARE REFERRED in the above captioned case to the assigned Magistrate Judge .

    **IT IS SO ORDERED.**

Dated: May 11, 2007

                              MARTIN J. JENKINS
                              United States District Judge