| | |
|---|---|
| 1 | REGINA J. McCLENDON (State Bar No. 184669) |
| 2 | HAROLD R. JONES (State Bar No. 209266) |
|   | SEVERSON & WERSON |
|   | A Professional Corporation |
| 3 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | FORD MOTOR CREDIT COMPANY, dba |
|   | Jaguar Credit |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELD HANSSON, | Case No.: C 06-1257 MJJ |
| Plaintiff, | **STIPULATION OF DISMISSAL OF PLAINTIFF KELD HANSSON'S CLAIMS AGAINST FORD MOTOR CREDIT COMPANY** |
| vs. | |
| FORD MOTOR CREDIT COMPANY, STEALTH AUTO RECOVERY, INC. AND ROBERT MITCHELL, | |
| Defendants. | |

08888/1552/623693.1

Case No.: C 06-1257 MJJ

1  It is hereby stipulated by and between defendant Ford Motor Credit Company dba Jaguar
2  Credit ("Ford Credit") and plaintiff Keld Hansson that plaintiff's claims against Ford Credit in
3  this matter shall be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of
4  Civil Procedure.  Each party shall bear its own costs and attorneys' fees.

7  DATED:  May 15, 2007                    SEVERSON & WERSON
8                                          A Professional Corporation

9                                          /s/  Regina J. McClendon

10                                         By:
                                               Regina J. McClendon

12                                         Attorneys for Defendant
                                           FORD MOTOR CREDIT COMPANY, dba
                                           Jaguar Credit

15  DATED:  May 15, 2007                   HYDE & SWIGART
                                            BARRY & SLADE, LLC

17                                         /s/  Joshua B. Swigart

18                                         By:
                                               Peter F. Barry
                                               Joshua B. Swigart

20                                         Attorneys for Plaintiff
                                           KELD HANSSON

22  IT IS SO ORDERED.

24  DATED:  __5/18/2007__

26                                         By: *Martin J. Jenkins*
                                               Martin J. Jenkins
                                               United States District Judge

- 2 -

08888/1552/623693.1

Case No.:  C 06-1257 MJJ