Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Peter F. Barry, Esq., 0266555 (Minnesota – Admitted Pro Hac Vice)
**Barry & Slade, LLC**
2021 E. Hennepin Ave, #195
Minneapolis, MN 55413
Telephone: (612) 379-8800
Facsimile: (612) 379-8810
pbarry@lawpoint.com

Attorneys for Plaintiff
Keld Hansson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELD HANSSON,**<br><br>                    **PLAINTIFF,**<br><br>v.<br><br>**FORD MOTOR CREDIT COMPANY, STEALTH AUTO RECOVERY INC., AND ROBERT MITCHELL,**<br><br>                    **DEFENDANT.** | **CASE NO.: C06-1257 MJJ**<br><br>~~[PROPOSED]~~ **ORDER GRANTING EX PARTE APPLICATION TO ENLARGE TIME FOR MOTION CUT-OFF DATE FROM JUNE 26, 2007 TO JULY 10, 2007**<br><br>**JUDGE:** HON. MARTIN J. JENKINS<br><br>**DATE:** JULY 10, 2007[1]<br>**TIME:** 9:30 A.M.<br>**COURTROOM:** 9, 19TH FLOOR |

After considering the Ex Parte application seeking to enlarge time to continue the motion cut-off date to July 10, 2007,

---

[1] The Motion Cut-Off date in this matter is June 26, 2007. Plaintiff's Motion for Summary Judgment is filed in a timely manner, but the Court has indicated the earliest date the Court has available to hear Plaintiff's Motion for Summary Judgment is July 10, 2007. Plaintiff is concurrently filing an Ex Parte Application to enlarge time.

1  IT IS HEREBY ORDERED THAT the Ex Parte application is GRANTED.

2  Plaintiff's Motion for Summary Judgment and Motion to Strike Defendant STEALTH AUTO RECOVERY's Second Amended Answer currently noticed for July 10, 2007 will be heard despite this date being subsequent to the motion cut-off date of June 26, 2007.

Dated: 5/29/2007

By: *[signature]*
HON. MARTIN J. JENKINS
U.S. DISTRICT JUDGE